UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIRIAM E. DELGADO, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:11-cv-1735 (VAB) |
| | : | |
| v. | : | |
| | : | |
| CITY OF STAMFORD | : | |
| | : | |
| Defendant. | : | February 2, 2016 |

**CITY OF STAMFORD'S SECOND MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE THAT IS WHOLLY IRRELEVANT AND IMMATERIAL
TO PLAINTIFF'S HOSTILE WORK ENVIRONMENT CLAIM**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Defendant City of Stamford hereby moves to preclude Plaintiff Miriam Delgado from presenting evidence that is wholly irrelevant and immaterial to Plaintiff's hostile work environment claim, which is the only claim that survived the Court's November 2, 2015 Ruling on Defendant's Motion for Summary Judgment. Allowing Plaintiff to rely on such evidence would violate Rules 402 and 403 of the Federal Rules of Evidence.

WHEREFORE, for the foregoing reasons, the Court should grant the City of Stamford's Second Motion *In Limine* and preclude Plaintiff from introducing evidence as to Plaintiff's Exhibits 10 through 12; 35; 51; 55; 66; 69 through 70; and 73-75 at trial.

Pursuant to Rule 7(c) of the Local Rules of this Court, the grounds for this relief are set out in the accompanying memorandum of law, which is incorporated herein by reference.

2

Respectfully Submitted,

DEFENDANT,
CITY OF STAMFORD


By: \_/s/ Clarisse N. Thomas_____
   Robin G. Frederick (ct10542)
   Clarisse N. Thomas (ct27583)
   Shipman & Goodwin LLP
   300 Atlantic Street, Third Floor
   Stamford, CT 06901
   Telephone: (203) 324-8100
   Facsimile: (203) 324-8199
   E-mail: rfrederick@goodwin.com
   E-mail: cthomas@goodwin.com
   Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Clarisse N. Thomas
Clarisse N. Thomas (ct27583)

4539596