# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIRIAM E. DELGADO, | : |
|    Plaintiff, | : CIVIL ACTION NO.<br>: 3:11-CV-01735(VAB) |
| v. | : |
| CITY OF STAMFORD, | : |
|    Defendant. | : APRIL 5, 2016 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FINALIZE SETTLEMENT

The plaintiff Miriam Delgado, through the undersigned counsel, hereby requests an extension of time of additional thirty days (30), until June 5, 2016, to finalize settlement in this case. In support of her motion the plaintiff states that plaintiff's retirement from Stamford Police Department is an element of settlement and additional time is required to finalize the retirement and settlement.

Plaintiff has conferred with defendant's counsel, and they have no objection to this matter. This is the plaintiff's first request for an extension of this deadline.

WHEREFORE, the plaintiff respectfully requests that the Court extend the deadline to finalize settlement until June 5, 2016.

PLAINTIFF MIRIAM DELGADO,

BY: */s/Lewis Chimes*
Lewis Chimes (ct07023)
Law Office of Lewis Chimes, LLC
45 Franklin Street
Stamford, CT 06901
Phone: (203) 324-7744
Fax: (203) 969-1319
Email: lchimes@chimeslaw.com

2

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 5th day of April, 2016, a copy of the foregoing was E-filed with the Court. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                */s/ Lewis Chimes*
                                                   Lewis Chimes