**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | : | |
|---|---|---|
| MIRIAM E. DELGADO, | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:11-CV-01735(WWE) |
| | : | |
| v. | : | |
| | : | |
| CITY OF STAMFORD, | : | |
| | : | MAY 3, 2016 |
| Defendant. | : | |
| | : | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to D. Conn. L. Civ. R. 7(e), Kailey Gallegos respectfully moves this Court for leave to withdraw her appearance as counsel for Plaintiff Miriam Delgado. Lewis Chimes of The Law Office of Lewis Chimes, LLC, will remain as attorney of record for Plaintiff. I have provided Plaintiff with notice of this motion, and the withdrawal is not expected to delay this action nor prejudice Plaintiff.

**RESPECTFULLY SUBMITTED**

By: //s//*Kailey Gallegos*
Kailey Gallegos (ct29884)
Law Office of Lewis Chimes LLC
45 Franklin Street
Stamford, CT 06901
203-324-7744
Fax:  203-969-1319
*kgallegos@chimeslaw.com*

## **CERTIFICATION**

I HEREBY CERTIFY that on the 3rd day of May, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System

/s/ *Kailey Gallegos*
Kailey Gallegos